# UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

**UNITED STATES OF AMERICA,**
   **PLAINTIFF,**

vs.

**CORY RATZLOFF (01),**
**ZACHARY GONZALEZ-ROOK (02), and**
**QUINCEY BLUFORD (03),**
   **DEFENDANTS.**

CASE NO. 20 CR  40062-01-02-03-HLT
**Filed under seal**

## SEALED INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1- THEFT OF A FIREARM FROM A FEDERAL FIREARM'S LICENSEE'S INVENTORY

On or about September 26, 2019, in the District of Kansas, the defendants,

   **CORY RATZLOFF (01),**
   **ZACHARY GONZALEZ-ROOK (02), and**
   **QUINCEY BLUFORD (03),**

did unlawfully and knowingly steal, take and carry away eleven (11) firearms, that is: H&K VP9, 9mm semiauto pistol serial #: 224-152284; H&K VP9, 9mm semiauto pistol serial #: 232-018170; Smith and Wesson SW1911SC, 45 ACP semiauto pistol serial #: UFA9990; Sig Sauer 3210 CA-9-tacops-tb, 9mm semiauto pistol serial #: 58B261378; Rock island M1911, 45 ACP semiauto pistol serial #: RIA 1937736; Springfield 1911-A1, 45 ACP semiauto pistol serial #: NM536777; Glock 43, 9mm semiauto pistol serial #: ADRT215; Glock 34, 9mm semiauto pistol serial#:

1

BHUY148; Glock 19, 9mm semiauto pistol serial #: BLZS454; Glock 17, 9mm semiauto pistol serial #: BLVA642; Glock 45, 9mm semiauto pistol serial # BLDW358, from the premises and business inventory of The Gun Garage, a registered Federal Firearms Licensee under number 5-48-177-02-2H-04123, licensed to engage in the business of dealing firearms, and each firearm was shipped and transported in interstate commerce to the Gun Garage, in violation of Title 18, United States Code, Section 922(u) and 924(i)(1).

**A TRUE BILL.**

September 16, 2020                          *s/ Foreperson*
DATE                                         FOREPERSON OF THE GRAND JURY

*s/ Stephen A. Hunting*, #21648
for Stephen R. McAllister, #15845
UNITED STATES ATTORNEY
DISTRICT OF KANSAS
444 SE Quincy, Suite 290
Topeka, KS 66683
Phone: (785) 295-2850
Fax: (785) 295-2853
Stephen.mcallister@usdoj.gov
[It is requested that trial be held in Topeka, Kansas.]

## PENALTIES

**Count 1:   18 U.S.C. § 922(U) & 18 U.S.C. 924(i)(1)**

- NMT than 10 years imprisonment
- NMT $250,000 fine
- NMT 3 years supervised release
- $100 special assessment fee